JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CESAR VILLEGAS, | ) | No. CV 13-05660-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. E. SPEARMAN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: August 22, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE